UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE LEON PRICE, | Case No.  2:25-cv-2809-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| SAN JOAQUIN COUNTY, *et al.*, | |
| Defendants. | |

Plaintiff has filed a motion for an extension of time for an unspecified purpose. ECF No. 13. The court presumes that plaintiff wishes additional time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 13, is GRANTED; and

2. Plaintiff is granted until January 29, 2026 to file an amended complaint.

IT IS SO ORDERED.

Dated:   January 8, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1