UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE LEON PRICE,

Plaintiff,

v.

SAN JOAQUIN COUNTY, *et al.*,

Defendants.

Case No.  2:25-cv-2809-JDP (P)

ORDER

On December 1, 2025, I screened the complaint and found that it failed to state a cognizable section 1983 claim. ECF No. 9 at 2-3.  I dismissed the complaint with leave to amend within thirty days. *Id.* at 3-4.  Plaintiff has declined to file an amended complaint within the deadline.  Instead, he has filed objections to my screening order.  ECF No. 16.  I have reviewed those objections and find that they do not provide cause for reconsideration or a different conclusion.  Accordingly, I will order plaintiff to submit an amended complaint, as previously directed, within twenty-one days of this order's entry.  If he fails to do so, I will recommend this action be dismissed for failure to prosecute and failure to state a claim.

1

It is ORDERED that plaintiff shall submit either an amended complaint or notice of voluntary dismissal within twenty-one days of this order's entry.  If he fails to comply with this order within the deadline, I will recommend that this action be dismissed.

IT IS SO ORDERED.

Dated:    February 23, 2026  
_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE