UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE LEON PRICE,<br>Plaintiff<br>v.<br>SAN JOAQUIN COUNTY, *et al.*,<br>Defendants. | Case No. 2:25-cv-2809-JDP (P)<br><br>ORDER; FINDINGS AND RECOMMENDATIONS |

On December 1, 2025, I dismissed plaintiff's complaint with leave to amend after finding that it did not state a cognizable section 1983 claim. ECF No. 9. On January 9, 2026, plaintiff filed "objections" to my screening order. ECF No. 16. After reviewing them, I found that they did not give me cause to rethink my analysis and, on February 23, 2026, I directed plaintiff to submit either an amended complaint or a notice of voluntary dismissal within twenty-one days. ECF No. 17. Plaintiff again filed "objections," ECF No. 18, that do not give me any cause to revisit my screening determinations. In my previous order, I advised plaintiff that, if he did not file an amended complaint, I would recommend dismissal of this action. ECF No. 17 at 2. Those recommendations will now issue.

Accordingly, it is ORDERED that the Clerk of Court shall assign a district judge to this action.

Further, it is RECOMMENDED that this action be DISMISSED for failure to prosecute and for failure to state a claim for the reasons stated in my orders at ECF Nos. 9 & 17.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: September 3, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE